Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IPD GLOBAL, INC.

        Plaintiff,

  - against -

M/V UNI CONCORD etc et al.

        Defendants.
-----------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW comes plaintiff, IPD GLOBAL, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

IPD GLOBAL is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
       January 31, 2008

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

           By: _____
                        Martin F. Casey (MFC-1415)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225