9092/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
EVERGREEN MARINE CORP. (TAIWAN) LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IPD GLOBAL, INC., <br><br>                              Plaintiff, <br>         - against - <br><br> M/V UNI CONCORD, her engines, boilers, tackle, etc. and EVERGREEN MARINE CORPORATION, <br><br>                              Defendants. | 08 CV 1040 (Judge Preska) <br><br> ECF CASE <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORPORATION certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
       June 13, 2008

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        61 Broadway, Suite 3000
                                        New York, New York 10006
                                        *Attorneys of Defendant*
                                        EVERGREEN MARINE CORPORATION

                              By:    s/ Paul M. Keane
                                       Paul M. Keane (PMK-5934)