UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IPD GLOBAL, INC.,

                        Plaintiff,

    - against -

M/V UNI CONCORD, et al.,

                        Defendants.

ORDER

08 Civ. 1040 (LAP) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-08

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on June 26, 2008,

**IT IS HEREBY ORDERED** that all discovery be completed by **October 15, 2008.**

**SO ORDERED this 26th day of June 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge